No. 979. GEBARDI ET AL. *v.* UNITED STATES. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Wm. F.*

540

*Waugh* for petitioners. No appearance for the United States.